FILED
U.S. DISTRICT COURT
CIV.
2011 APR 11 PM 3:02
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

RONNIE LAMAR CALLOWAY,

    Plaintiff,

v.

GEORGIA DEPARTMENT OF
CORRECTIONS; Warden HART;
Lt. MARTIN; and CO II JEREMY
HAWKINS,

    Defendants.

CIVIL ACTION NO.: CV511-009

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against the Georgia Department of Corrections and Warden Hart are **DISMISSED**.

**SO ORDERED**, this 11 day of April, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA